Stephen G. Clarke, as Executor, etc., 'Appellant, v. James R. Gilmore, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Edward A. Moynihan, a Supposed Habitual Drunkard, Respondent. Kate M. Moynihan, Respondent; John A. Butler, Appellant. — Order reversed and motion granted, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Eudora S. Van Horn, Appellant, v. Frank M. Van Horn, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Richard Larkin, Appellant.— Judgment and orders affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph Balkin, Respondent, v. Connecticut Raincoat Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert L. McElroy, Respondent, v. Albert Goldstein, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Peter C. Sheridan and Another, as Executors, etc., Respondents, v. Lee McCallum, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John Schleicher, Appellant, v. Frederick Jandorf and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. James J. O'Brien, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Thomas F. Fallon, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William E. Torrens, Respondent, v. H. L. Herbert & Company and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jeanette K. Hahn, Respondent, v. Conried Metropolitan Opera Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Lintig, Appellant, v. Helen H. Jenkins and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.